190 S.E.2d 466 (1972)
281 N.C. 623
W. Arthur MILLSAPS et al.
v.
WILKES CONTRACTING CO.
v.
NORTH CAROLINA STATE HIGHWAY COMMISSION et al.
Supreme Court of North Carolina.
July 31, 1972.
Williams, Morris & Golding, for plaintiffs.
William J. Cocke, for Wilkes Contracting Co.
Robert Morgan, Atty. Gen, H. A. Cole, Jr., Asst. Atty. Gen, for the State.
Petition for writ of certiorari to review the decision of the North Carolina Court of Appeals, 14 N.C.App. 321, 188 S.E.2d 663.
Denied.